IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DEBORAH ELLIS, JENNIFER BROWN,
M.T. PERSON, III, AND SINDIE HOUSE                                     PLAINTIFFS

VS.                                        CIVIL ACTION NO.:        4:07CV81-P-B

MISSISSIPPI DEPARTMENT OF HEALTH,
THERESA PATTON, CYNTHIA LESURE,
TINA MOORE AND DOES 1-10                                              DEFENDANTS

## ORDER STAYING DISCOVERY
## PURSUANT TO LOCAL RULE 16.1(B)(4)

This matter is before the court on the Defendants' Motion to Dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds of immunity. Rule 16.1(B)(4) of the Uniform Local Rules of the United States District Court for the Northern District of Mississippi states that filing of an immunity defense motion shall stay all discovery not relevant to the immunity issue and stay the parties' obligation to make further disclosures pending the court's ruling on the motion. Local Rule 16.1(B)(4) further requires that the moving party submit to the United States Magistrate Judge an order granting such a stay at the time the immunity defense motion is filed. Accordingly, it is, therefore,

**ORDERED** that, pursuant to Local Rule 16.1(B)(4), and in light of the fact that Defendants have filed a potentially dispositive motion raising the defense of immunity, all discovery in this matter not relevant to the issue of immunity is hereby stayed including the making of any further disclosures by any party, all pending this court's ruling on Defendants' Motion to Dismiss.

In accordance with Local Rule 16.1(B)(4)(d), upon receiving a ruling from the

court on the Defendants' motion, Plaintiff shall notify the United States Magistrate Judge of a decision on the immunity defense motion within ten (10) days and shall submit an Order Lifting the Stay. Within fifteen (15) days of the Order Lifting the Stay, the parties shall confer in accordance with the Local Rules.

**SO ORDERED** this 18th day of May, 2007.


/s/ Eugene M. Bogen
UNITED STATES MAGISTRATE JUDGE