# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DEBORAH ELLIS, et al.**                                                      **PLAINTIFFS**

**v.**                                                          **CIVIL ACTION NO.: 4:07CV81**

**MISSISSIPPI DEPARTMENT OF HEALTH, et al.**                      **DEFENDANTS**

## ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion to Dismiss [4] is GRANTED;

(2) the Plaintiff's claims are dismissed; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the  8th  day of May.

                                                      **/s/ Sharion Aycock**
                                                      **U.S. DISTRICT JUDGE**